UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NUMBER:   3:17-MJ-47 MGG |
| ) | |
| ) | |
| BRENDAN R. EILER ) | |
| ) | |
| Defendant. ) | |

# APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for **BRENDAN R. EILER**.

Dated:  June 22, 2017

        Northern District of Indiana
        Federal Community Defenders, Inc.

        By:   s/ Peter L. Boyles
        Peter L. Boyles, Staff Attorney
        227 S. Main Street, Suite 100
        South Bend, IN 46601
        Phone:   (574) 245-7393
        Fax:   (574) 245-7394
        eMail: peter_boyles@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2017 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

/s/ Peter L. Boyles
Peter L. Boyles, Staff Attorney
Northern District of Indiana
Federal Community Defenders, Inc.